USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

WALTER MOORE,

                      Defendant.

-----------------------------------------------------------------X

22-MJ-8937 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 10, 2022, the Government appealed Magistrate Judge Cave's decision granting the Defendant bail; and

WHEREAS on November 14, 2022, the parties appeared before the Court for a bail hearing;

IT IS HEREBY ORDERED that the Defendant's bail application is DENIED for the reasons stated at the hearing.

**SO ORDERED.**

Date: **November 15, 2022**
      **New York, NY**

                                            **VALERIE CAPRONI**
                                          **United States District Judge**